▪ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD C. ANDERSON, Appellant. [3 NYS3d 690]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered December 19, 2012. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.